THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| Sam Burningham,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jimmy Johns of Spanish Fork Utah, LLC DBA Jimmy John's,<br><br>　　　　Defendant. | Case No.: 2:17-cv-00439-PMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Assigned to Magistrate Judge Paul M. Warner |

　　　　PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and DUCivR 54-1(b) and (d), Plaintiff, Sam Burningham, hereby voluntarily dismisses this Action with prejudice.

　　　　**RESPECTFULLY** submitted on this 10th day of January, 2018.

　　　　　　　　　　　　　　　　　　　　/s/ *James K. Ord, III*
　　　　　　　　　　　　　　　　　　　　JAMES K. ORD, III, ESQ.
　　　　　　　　　　　　　　　　　　　　P.O. Box 16266
　　　　　　　　　　　　　　　　　　　　Salt Lake City, UT 84116
　　　　　　　　　　　　　　　　　　　　Telephone: (435) 214-1433
　　　　　　　　　　　　　　　　　　　　Email: james@utahADAlaw.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and caused a true copy of the foregoing document NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE to be served via e-mail to the following recipients:

Matthew D. Church
PLANET CHRISTENSEN & KANELL
136 East South Temple Suite 1700
Salt Lake City, Utah 84111
Tel: (801) 363-7611
Email:  mchurch@pckutah.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document
which is available for inspection during normal business
hours by the Court or a party to this action)*